

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00038-CV

_____

JOHNNY M. STAFFORD, Appellant

V.

DENNIS J. BOWLES, JR., Appellee

On Appeal from the County Court at Law No. 2
Gregg County, Texas
Trial Court No. 2007-2090-CCL2-1

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Johnny M. Stafford has filed a motion asking this Court to dismiss his appeal, and then, as he is indigent, assess costs against Dennis J. Bowles, Jr., appellee. The request to assess costs against Bowles is denied.

We, otherwise, grant his motion and dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     June 30, 2009
Date Decided:      July 1, 2009